# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

ROSALIND HARRIS,           )
                                )
        Plaintiff,          )
                                )
      v.                  )        No. 4:25-cv-00114-SEP
                                )
UNIVERSITY OF MISSOURI, et al.,   )
                                )
        Defendants.     )

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Rosalind Harris's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [3].  Upon consideration of the financial information provided therein, the Court finds that Plaintiff is able to pay the filing fee.  The Court therefore denies the application and orders Plaintiff to pay the statutory filing fee of $405 within 30 days of the date of this Order.  If Plaintiff fails to timely pay the filing fee, the Court will dismiss this case without prejudice.

Plaintiff has also filed a Motion for Appointment of Counsel, Doc. [3].  "A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998).  "When determining whether to appoint counsel for an indigent civil litigant, the [Court] considers relevant factors such as the complexity of the case, the ability of the indigent litigant to investigate the facts, the existence of conflicting testimony, and the ability of the indigent to present his claim." *Id*.

On review of the factors, the Court finds that the appointment of counsel is not warranted at this time.  Plaintiff has so far demonstrated that she can adequately present her claims to the Court, and neither the factual nor the legal issues in this case appear to be complex.  Because the Court recognizes that circumstances may change, the motion is denied without prejudice, meaning that the Court will consider future motions, if appropriate, as the case progresses.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [3], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Memorandum for Clerk dated January 27, 2025, Doc. [5], which the Court construes as a motion to supplement her application to proceed in district court without prepaying fees or costs, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the statutory filing fee of $405 within thirty (30) days of the date of this Order.  Plaintiff's failure to timely pay the $405 filing fee shall result in the dismissal of this case, without prejudice and without further notice.

**IT IS FINALLY ORDERED** that Plaintiff's Motion to Appoint Counsel, Doc. [2], is **DENIED** without prejudice.

Dated this 27th day of August, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

2